**Charles P. Guarino, Esq.**

323 Gill Lane, Unit 12i
Iselin, NJ 08830
646.727.0708
cguarino@cpg-law.com

CHARLES P. GUARINO
PRINCIPAL

January 9, 2023

**Via ECF**

Hon. Michael A. Hammer, U.S.M.J.
United States District Court
for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re.:    **Home City Inc. v. Bashian Bros Inc.**
                  **Case No. 2:22-cv-06043-SDW-MAH**

Dear Judge Hammer,

      This firm represents Plaintiff Home City Inc. in the above-captioned action assigned to Your Honor and the Hon. Susan D. Wigenton.

      As you may recall, the Scheduling Conference in this action was originally scheduled for January 23, 2023. We recently received notice via ECF that this conference has been adjourned to February 3, 2023 at 2:30pm EST. Unfortunately, the rescheduled date conflicts with a prior commitment, as I am scheduled to be on a flight into Newark Liberty Airport at that time.

      We respectfully request that Your Honor reschedule the conference to a later date to avoid this conflict. We thank Your Honor for your consideration of this matter. If there are any questions or concerns, please contact the undersigned.

                                                         Yours very truly,

                                                        Charles P. Guarino